455 A.2d 202

Commonwealth v. Ingram, Appellant.

Submitted February 23, 1982. Benjamin Lerner, Assistant Public Defender, for appellant; Gail Thackery, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Judgment of sentence affirmed.

455 A.2d 202

Commonwealth v. Kemp, Jr., Appellant.

Petition for Allowance of Appeal
Denied April 12, 1983.

Submitted May 20, 1982. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, CIRILLO and VAN der VOORT, JJ.

Order affirmed.